**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE DISCIPLINE OF STANLEY E. WADE, JR., BAR NO. 8302.

No. 65393

**FILED**

JUL 07 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER APPROVING CONDITIONAL GUILTY PLEA AGREEMENT

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that we approve, pursuant to SCR 113, a conditional guilty plea agreement in exchange for a stated form of discipline for attorney Stanley E. Wade, Jr. Under the agreement, Wade admitted to two violations of RPC 1.4 (communication), two violations of RPC 1.15 (safekeeping property), one violation of RPC 8.1(b) (bar admission and disciplinary matters), and two violations of RPC 8.4 (misconduct).

The agreement provides for a suspension of one year, that Wade pay all outstanding liens on behalf of clients as provided in the plea agreement,[1] that the liens be paid in full prior to Wade filing any application for reinstatement and if Wade is able to negotiate a lower lien repayment any remaining funds are paid to the client, and that he pay the State Bar's bill of costs within 90 days.

---

[1]The outstanding liens include $8,366.75 (Annie Kim), $13,458 (Adrian Paul Oba), $3,300 (Jungi Min), $60 (Nathan Lund), and $120 (Haeli Lund).

14-21925

Based on our review of the record, we conclude that the guilty plea agreement should be approved. *See* SCR 113(1). Wade is suspended from the practice of law for one year. Wade shall pay in full all liens as agreed to and pay the State Bar's bill of costs within 90 days of receiving it. Wade shall comply with SCR 116 if he desires to be reinstated to the practice of law in Nevada after completing his suspension. The parties shall comply with the applicable provisions of SCR 115 and SCR 121.1.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                Hardesty

_____, J.          _____, J.
Parraguirre                              Douglas

_____, J.          _____, J.
Cherry                                   Saitta

cc:     David Clark, Bar Counsel
        Stanley E. Wade, Jr.
        Jeffrey R. Albregts, Chair, Southern Nevada Disciplinary Board
        Kimberly Farmer, Executive Director, State Bar of Nevada
        Perry Thompson, Admissions Office, U.S. Supreme Court